OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE OF ABEL ACOSTA CLERK
COURT OF CRIMINAL APPEALS, P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

U.S. POSTAGE ≫ PITNEY BOWES

PRESORTED
FIRST CLASS

Tr. Ct. No. 505112-A

9/16/2015
SMITH, THOMAS ISSAC Jr. AKA THOMAS I. SMITH
WR-83,064-05

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. **See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).**

Abel Acosta, Clerk

THOMAS ISSAC SMITH JR.
TDC # 809681